No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

BEAUNIT MILLS, INC., et al., Respondents, v. MARCUS ROTTENBERG et al., Individually and as Copartners under the Name of CARL GUTMANN & COMPANY and under the Name of RIGHTFIT COMPANY, Appellants.— No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

BEAUNIT MILLS, INC., et al., Respondents, v. MARCUS ROTTENBERG et al., Individually and as Copartners under the Name of CARL GUTMANN & COMPANY and under the Name of RIGHTFIT COMPANY, Appellants.—

No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MAX HERRING, as Administrator of the Estate of PEARL HERRING, Deceased, Respondent, v. J. B. SLATTERY & BROS., INC., Respondent, and NEW YORK CITY HOUSING AUTHORITY, Defendant-Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Martin, P. J., and Dore, J., dissent and vote to reverse and dismiss the complaint on the ground that the plaintiff failed to establish any actionable negligence against the landlord.

GUY H. MONTMARTIN, Appellant, v. DUPUIS PROCESS, INC., et al., Respondents.— Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of JOHN A. MEENAGH, Appellant, et al., Petitioners, against THOMAS E. DEWEY, as District Attorney of the County of New York, Respondent.— No opinion. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

INEZ L. SAMUEL, Respondent, v. SANFORD SAMUEL et al., Individually and as Executors of MOSES SAMUEL, Deceased, et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SALVATORE ODDO and DOMINIC MUNDO.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Accounting of FREDERICK B. RYAN et al., as Executors of JULIA C. RYAN, Deceased. ADELINE IRWIN et al. FREDERICK B. RYAN et al.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Accounting of FREDERICK B. RYAN et al., as Executors of JULIA C. RYAN, Deceased. ADELINE IRWIN et al, FREDERICK B. RYAN et al.—